IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MISCELLANEOUS NO. **13-29**

IN RE: 2007 CADILLAC ESCALADE, VIN 3GYFK62817G231693
AND $2,100 IN U.S. CURRENCY

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE COMPLAINT**

The United States moves for an order extending the time to file a civil forfeiture complaint against 2007 CADILLAC ESCALADE, VIN 3GYFK62817G231693 AND $2,100 IN U.S. CURRENCY for thirty days, from May 20, 2013, until June 20, 2013, pursuant to 18 U.S.C. § 983(a)(3)(A). The United States and Claimant agree that the requested extension is appropriate.

Respectfully submitted,

KENNETH J. GONZALES
United States Attorney

*Electronically filed May 17, 2013*
CYNTHIA L. WEISMAN
Assistant U.S. Attorney
P.O. Box 607
Albuquerque, NM 87103-0607
(505) 346-7274

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 17, 2013, I served the foregoing by mail:

ERLINDA JOHNSON
Attorney for Claimants
1110 2nd Street NW
Albuquerque, NM 87102

Electronically filed May 17, 2013
CYNTHIA L. WEISMAN
Assistant U.S. Attorney